EXHIBIT "A"

MA Policy - 4 pgs.



## pennsylvania
### DEPARTMENT OF HUMAN SERVICES

# MEDICAL ASSISTANCE BULLETIN

| ISSUE DATE | EFFECTIVE DATE | NUMBER |
|---|---|---|
| April 15, 2021 | April 15, 2021 | 08-21-01<br>27-21-01 |

| SUBJECT | BY |
|---|---|
| Dental Benefit Limit Exception Process Update | *Sally A. Kozak*<br>Sally A. Kozak,<br>Deputy Secretary<br>Office of Medical Assistance Programs |

**IMPORTANT REMINDER:** All providers must revalidate the Medical Assistance (MA) enrollment of each service location every 5 years. Providers should log into PROMISe to check the revalidation dates of each service location and submit revalidation applications at least 60 days prior to the revalidation dates. Enrollment (revalidation) applications may be found at:
http://www.dhs.pa.gov/provider/promise/enrollmentinformation/S_001994.

## PURPOSE:

The purpose of this bulletin is to inform dentists, federally qualified health centers (FQHCs) and rural health clinics (RHCs) of changes to the dental benefit limit exception (BLE) process for adult Medical Assistance (MA) Program beneficiaries, 21 years of age and older, effective March 1, 2021.

## SCOPE:

This bulletin applies to all dentists, FQHCs and RHCs rendering dental services to MA beneficiaries in the Fee-for-Service delivery system. Dentists, FQHCs and RHCs rendering dental services in the managed care delivery system should address any questions regarding the dental benefit limits and payment for dental services to the appropriate managed care organization.

## BACKGROUND/DISCUSSION:

The Department of Human Services (Department) implemented limits to certain dental benefits for adult MA beneficiaries 21 years of age and older on September 30, 2011. The Department issued MA Bulletin 27-11-47, titled "Medical Assistance Dental Benefit Changes," on September 26, 2011, to inform dentists, FQHCs and RHCs of the limits as well as the criteria and procedure to request an exception to the limits. The Department evaluates BLEs for the following dental services: dentures, oral evaluations and prophylaxis that exceed

---

**COMMENTS AND QUESTIONS REGARDING THIS BULLETIN SHOULD BE DIRECTED TO:**

The appropriate toll-free number for your provider type.

Visit the Office of Medical Assistance Programs Web site at:
http://www.dhs.pa.gov/provider/healthcaremedicalassistance/index.htm.

-2-                    EXHIBIT "A"

Dental Fee Schedule limits, crowns, and adjunctive services, as well as periodontal and endodontic services.

As set forth in MA Bulletin 27-11-47, the Department developed a BLE process. The Department will grant benefit limits exceptions to the dental benefit limits when one of the following criteria is met:

1. The Department determines the recipient has a serious chronic systemic illness or other serious health condition and denial of the exception will jeopardize the life of the recipient.

2. The Department determines the recipient has a serious chronic systemic illness or other serious health condition and denial of the exception will result in the rapid, serious deterioration of the health of the recipient.

3. The Department determines that granting a specific exception is a cost-effective alternative for the MA Program.

4. The Department determines that granting an exception is necessary in order to comply with Federal law.

Dental providers and stakeholders requested that the Department streamline the dental BLE review process. In response to their request, the Department now advises dental providers of the supporting medical/dental record information needed to review a BLE request and will consider additional information received within 15 days before making a decision on the BLE request.

The Department also examined the dental BLE process in an attempt to identify additional efficiencies. As part of that review, the Department determined that since the process was implemented, the Department has approved the majority of BLE requests for requesting beneficiaries who presented with certain medical conditions. Therefore, the Department has implemented an operational change. The Department will review BLE requests, without requiring supporting medical record documentation of the underlying medical condition(s), when the Department identifies through its claims history that a beneficiary has the health condition(s) listed below.

**NOTE:** The dental benefit limits do not apply to children under 21, or adults who reside in a nursing facility, an intermediate care facility for individuals with intellectual disabilities (ICF/ID) or an intermediate care facility for persons with other related conditions (ICF/ORC). However, dental providers must continue to secure prior authorization, as required by the Department and identified on the MA Program's Dental Fee Schedule, for crowns, periodontal services and dentures provided to a MA beneficiary who resides in a nursing facility, an ICF/ID, or an ICF/ORC. Dental providers must secure an 1150 Administrative Waiver, i.e., Program Exception approval, from the Department in instances when a MA beneficiary, who resides in one of these settings, is requesting a service that exceeds the fee schedule limits for dental services.

-3-                          EXHIBIT "A"

## PROCEDURE:

If the dental BLE request identifies that the beneficiary has one of the conditions set forth below, as part of the dental BLE review process, the Department will review the MA beneficiary's claim history to determine if the condition was previously identified on a claim:

1. Diabetes.

2. Coronary Artery Disease or risk factors for the disease.

3. Cancer of the Face, Neck, and Throat (does not include stage 0 or stage 1 non-invasive basal or sarcoma cell cancers of the skin).

4. Intellectual Disability.

5. Current Pregnancy including post-partum period.

If the condition was previously identified on a claim, the Department will not require supporting medical record documentation of the condition. If the condition was not previously identified on a claim, the Department will notify the dental provider that supporting medical record documentation is needed to review the BLE request. The supporting medical record documentation if the condition was not previously identified on a claim, and any additional information requested, must be submitted to the Department within 15 days of the date of the Department's request to the dental provider. Upon receipt of the medical record documentation or additional information, the Department will review the request for a dental BLE to confirm that one of the criteria for the granting of a BLE is met. The dental provider and MA beneficiary will be informed of the Department's determination by written Notice of Decision. If the BLE request is approved, the services can be provided and paid for as long as the beneficiary maintains MA eligibility.

The Department updated Pennsylvania PROMISe™ Provider Handbook, 837 Professional/CMS-1500 Claim Form; and the Pennsylvania PROMISe™ Provider Handbook, 837 Dental/ADA – Version 2012 Claim Form to reflect the process set forth above.

https://www.dhs.pa.gov/providers/PROMISe Guides/Pages/PROMISe-Handbooks.aspx

EXHIBIT "A"



# PROVIDER QUICK TIPS



**#273**

1. The Department determines the beneficiary has a serious chronic systemic illness or other serious health condition and denial of the exception will jeopardize the life of the beneficiary.
2. The Department determines the beneficiary has a serious chronic systemic illness or other serious health condition and denial of the exception will result in the rapid, serious deterioration of the health of the beneficiary.
3. The Department determines that granting a specific exception is a cost-effective alternative for the MA Program.
4. The Department determines that granting an exception is necessary in order to comply with Federal law.

The Department implemented changes to the dental BLE process on April 15, 2021, when it issued MA Bulletin 08-21-01, titled "Dental Benefit Limit Exception Process Update" (https://www.dhs.pa.gov/docs/Publications/Documents/FORMS%20AND%20PUBS%20OMAP/MAB2021041501.pdf) to inform dentists, FQHCs and RHCs that if the dental BLE request identifies that the beneficiary has one of the conditions set forth below, the Department will review the MA beneficiary's claim history to determine if the condition was previously identified on a claim, and, if the condition was previously identified on a claim, the Department will not require supporting medical record documentation of the condition to expedite the review process:

1. Diabetes.
2. Coronary Artery Disease or risk factors for the disease.
3. Cancer of the face, neck, and throat (does not include stage 0 or stage 1 non-invasive basal or sarcoma cell cancer of the skin).
4. Intellectual disability.
5. Current pregnancy including post-partum period.

In addition, effective December 5, 2019, the Department began to accept electronic submissions for dental BLE requests in accordance with MA Bulletin 08-19-100, titled "Electronic Submission of Dental Prior Authorization, Dental Program Exception and Dental Benefit Limitation Requests" (https://www.dhs.pa.gov/docs/Publications/Documents/FORMS%20AND%20PUBS%20OMAP/MAB2019120401.pdf).

More information pertaining to the dental BLE process may be obtained in Section 6.8 of the MA Program Dental PROMISe™ Provider Handbook (https://www.dhs.pa.gov/providers/PROMISe_Guides/Pages/PROMISe-Handbooks.aspx).



**pennsylvania**
DEPARTMENT OF HUMAN SERVICES

MA 548

EXHIBIT "D"

 **Keystone** First

January 25, 2023


ELAINE MICKMAN
1619 GERSON DR
PENN VALLEY PA 19072-1231.

Member ID: 51277198


Subject:  Decision About Your Grievance

Dear Ms. Elaine Mickman :

**Keystone First** has reviewed your Grievance about **the Benefit Limit Exception (BLE) request for Crown - Porcelain/Ceramic on tooth number 18, submitted by Dr. Mohammad Ghani, on your behalf** received on **January 3, 2023.**

Based on a review of all information provided, the Grievance review committee has decided that **the denial is upheld. The request is not approved.**

The reasons for this decision are:

**The clinical information submitted for review fails to establish the medical necessity for the requested dental services.**

**As per the Medical Assistance (MA) Fee Schedule, adult MA recipients 21 years of age and older who do not reside in a nursing facility, or in an intermediate care facility are eligible for services only if the Department approves a Dental Benefit Limit request.**

**The Department will grant Benefit Limit Exceptions (BLE) to the dental benefits when one of the following criteria is met:**

1. **The Department determines the recipient has a serious chronic systemic illness or other serious health condition and denial of the exception will jeopardize the life of the recipient.**
2. **The Department determines the recipient has a serious chronic systemic illness or other serious health condition and denial of the exception will result in the rapid serious deterioration of the health of the recipient.**
3. **The Department determines that granting a specific exception is a cost effective alternative for the MA Program.**
4. **The Department determines that granting an exception is necessary in order to comply with Federal law.**

Coverage by Vista Health Plan, an independent licensee of the Blue Cross and Blue Shield Association.

EXHIBIT "E"

# COMMONWEALTH OF PENNSYLVANIA
## DEPARTMENT OF HUMAN SERVICES
## BUREAU OF HEARINGS AND APPEALS

**APPEAL OF:**    Elaine Mickman
1619 Gerson Drive
Penn Valley, PA 19072-1231

Keystone First Health Plan (KFHP)
Case No. WE23-00041

## FINAL ADMINISTRATIVE ACTION ORDER

It is hereby **ORDERED** that the decision of the Administrative Law Judge is affirmed.

Either party to this proceeding has fifteen (15) calendar days from the date of this decision to request reconsideration by the Secretary of the Department. (In Supplemental Nutrition Assistance Program (SNAP) cases, only the Appellant may seek reconsideration.) To seek reconsideration, you must fully complete the enclosed application/petition for reconsideration. The application/petition shall be addressed to the Secretary, but delivered to the Director, Bureau of Hearings and Appeals, P.O. Box 2675, Harrisburg, Pennsylvania, 17105-2675, <u>and must be postmarked within fifteen (15) calendar days from the date of this Order</u>. This action does not stop the time within which an appeal must be filed to Commonwealth Court.

The appropriate party(ies), where permitted, may take issue with this Adjudication, and Order, and may appeal to the Commonwealth Court of Pennsylvania, within thirty (30) days from the date of this order. This appeal <u>must be filed</u> with the Clerk of Commonwealth Court of Pennsylvania, 601 Commonwealth Avenue, Suite 2100, P. O. Box 69185, Harrisburg, PA 17106-9185.

If you file an appeal with the Commonwealth Court, a copy of the appeal must be served on the government unit which made the determination in accordance with Pa. R.A.P. 1514. In this case, service must be made to: Department of Human Services (DHS), Bureau of Hearings and Appeals, 2330 Vartan Way, 2nd Floor, Harrisburg, Pennsylvania 17110-9721, **AND** Department of Human Services, Office of General Counsel, 3rd Floor West, 625 Forster Street, Harrisburg, PA 17120.

Bureau of Hearings and Appeals
April 14, 2023
Final Administrative Action
  and Mailing Date

Tracy L. Henry, Esquire
Chief Administrative Law Judge
Bureau of Hearings and Appeals

Cc: Appellant, DHS, Keystone First Health Plan

EXHIBIT "F"

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF HUMAN SERVICES**

**APPEAL OF:**
Elaine Mickman
1619 Gerson Drive
Penn Valley PA 19072-1231

**CASE NO.:** WE23-00041

## ORDER GRANTING RECONSIDERATION

**AND NOW,** the request for rehearing or reconsideration filed by the Appellant is **GRANTED.**

A response to the Petitioner's request may be filed within **fifteen (15) days** from the date of this Order. The response will be confined to the issues identified in the Petitioner's request. Attached to this Order is a copy of the Petitioner's request. Reconsideration will be limited to the facts contained in the record developed before the Administrative Law Judge. Neither Party may present additional facts in support of their position. The response shall be addressed to the Secretary of Human Services, but delivered to:

Bureau of Hearings and Appeals
2330 Vartan Way, 2nd Floor
Harrisburg, Pennsylvania 17110-9721

After receipt of the response or the expiration of the fifteen (15) day period for filing a response, the record in this matter will be reviewed in its entirety, and a Final Order will be entered.

**MAY 4   2023**
_____
Secretary's Response and
Mailing Date

_____
Valerie A. Arkoosh, MD, MPH
Acting Secretary
Department of Human Services

cc: Elaine Mickman
    Keystone First Health Plan
    Cathy Shaffer, BMCO
    Carrie Craven, Esq., ALJ
    Charles Brace, Supervisor

EXHIBIT "G"

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF HUMAN SERVICES**

**APPEAL OF:**
Elaine Mickman
1619 Gerson Drive
Penn Valley PA 19072-1231

**CASE NO.:** WE23-00041

## FINAL ORDER

**AND NOW,** having granted Elaine Mickman's application for reconsideration of the decision entered by the Bureau of Hearings and Appeals in this matter, it is **ORDERED** and **DECREED** that the Order entered by the Bureau of Hearings and Appeals in this matter on April 14, 2023, is **UPHELD** for the reasons stated by the Bureau of Hearings and Appeals.

Elaine Mickman may take issue with this Final Order by appealing to the Commonwealth Court of Pennsylvania within thirty (30) days from the date of this Final Order at:

Commonwealth Court of Pennsylvania
P.O. Box 69185
Harrisburg, PA  17106-9185

DEC  7 2023
_____
Final Administrative Action
of the Secretary and Mailing Date

_____
Valerie A. Arkoosh, MD, MPH, Secretary
Department of Human Services

cc: Elaine Mickman
    Keystone First CHC
    Cathy Shaffer
    Carrie Craven, Esq., ALJ
    Charles Brace, Regional Manager

US DISTRICT COURT- EASTERN DISTRICT OF PENNSYLVANIA

This verifies that the foregoing Complaint is true and correct to the best of Plaintiff's knowledge.

_Elaine Mickman_____December 4, 2025

Elaine Mickman
1619 Gerson Dr.
Narberth, PA 19072