REC'D APR - 7 2026

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See *"Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| ELAINE MICKMAN | 25-6847 |

| DEFENDANT | KEYSTONE FIRST HEALTH INSURANCE | TYPE OF PROCESS |
|---|---|---|

**SERVE AT** { NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
KEYSTONE FIRST

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
200 STEVENS DR. PHILADELPHIA, PA 19113

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| ELAINE MICKMAN<br>1619 GERSON DR.<br>NARBERTH, PA 19072 | Number of process to be served with this Form 285  2 |
| | Number of parties to be served in this case  2 |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):  Available 9am-5pm MON.-FRI.

Telephone numbers:
President CEO Denise Napier (215 845 4747)
MCO Director Regulatory Affairs Ellan Baumgartner (215 863 5215)
Market President Joanne McFall (215 863 6467)

| Signature of Attorney other Originator requesting service on behalf of:<br>Elane Mickman (pro se) | ☑ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(610 246 9628) | DATE<br>April 7, 2026 |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>4 | District of Origin<br>No. 66 | District to Serve<br>No. 66 | Signature of Authorized USMS Deputy or Clerk | Date<br>4/8/2026 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)*<br>LaTonya Tucker, Paralegal | Date<br>4/10/26 | Time 2:52  ☐ am  ☑ pm |
|---|---|---|
| Address *(complete only different than shown above)* | | Signature of U.S. Marshal or Deputy |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

Form USM-285
Rev. 03/21