# Exhibit 1

 **Keystone** First

January 25, 2023

ELAINE MICKMAN
1619 GERSON DR
PENN VALLEY PA 19072-1231.

Member ID: 51277198

Subject: Decision About Your Grievance

Dear Ms. Elaine Mickman :

**Keystone First** has reviewed your Grievance about **the Benefit Limit Exception (BLE) request for Crown - Porcelain/Ceramic on tooth number 18, submitted by Dr. Mohammad Ghani, on your behalf** received on **January 3, 2023.**

Based on a review of all information provided, the Grievance review committee has decided that **the denial is upheld. The request is not approved.**

The reasons for this decision are:

**The clinical information submitted for review fails to establish the medical necessity for the requested dental services.**

**As per the Medical Assistance (MA) Fee Schedule, adult MA recipients 21 years of age and older who do not reside in a nursing facility, or in an intermediate care facility are eligible for services only if the Department approves a Dental Benefit Limit request.**

**The Department will grant Benefit Limit Exceptions (BLE) to the dental benefits when one of the following criteria is met:**

1. **The Department determines the recipient has a serious chronic systemic illness or other serious health condition and denial of the exception will jeopardize the life of the recipient.**
2. **The Department determines the recipient has a serious chronic systemic illness or other serious health condition and denial of the exception will result in the rapid serious deterioration of the health of the recipient.**
3. **The Department determines that granting a specific exception is a cost effective alternative for the MA Program.**
4. **The Department determines that granting an exception is necessary in order to comply with Federal law.**

Coverage by Vista Health Plan, an independent licensee of the Blue Cross and Blue Shield Association.



According to the information submitted for review, you have been diagnosed with a dental disorder. Submitted for review were dental X-rays, and a Benefit Limit Exception (BLE) request form.

During your telephonic participation in the Committee meeting held on January 23, 2023, you provided the Grievance Committee with a presentation and expressed the need for the requested dental services.

There was no supporting documentation submitted to show that you have a serious chronic systemic illness, or a serious health condition and a denial of the exception will jeopardize your life or result in the serious deterioration of your health. Based on this information, medical necessity has not been established for the BLE request for dental services.

The Committee has decided to uphold the denial of the Benefit Limit Exception (BLE) request for Crown - Porcelain/Ceramic on tooth number 18.

A Committee of 3 people, including a plan Medical Director who is a physician, board certified in Family Medicine, a Plan Dentist, and a non-employee voter made the decision for this Grievance review.

---

**To continue getting services**

If you have been getting the services or items that are being reduced, changed, or denied and you ask for an external review or a Fair Hearing the services or items will continue until a decision is made. You must ask for an external review (see instructions below) verbally or in a letter that is hand-delivered, post marked, or faxed **within 10 days from the date on this notice**. Your request for a Fair Hearing (see instructions below) must be hand-delivered or postmarked **within 10 days from the date on this notice**.
If you ask for both an external review and a Fair Hearing, you must ask for both the external review and the Fair Hearing **within 10 days from the date on this notice**. If you wait to ask for a Fair Hearing until after you receive a decision on your external Complaint, services will not continue.

---

**IF YOU DO NOT AGREE WITH THIS DECISION, YOU MAY DO ONE OR BOTH OF THE FOLLOWING:**

---

**Ask for an External Review**

---

You may ask for an external review of the Grievance decision **within 15 days from the date you get this notice.** An external review is a review by a doctor who does not work for **Keystone First.**

Coverage by Vista Health Plan, an independent licensee of the Blue Cross and Blue Shield Association.

 

To ask for an external review of your Grievance:
  By Phone:  Call **Keystone First** at  **1-800-521-6860 (TTY 1-800-684-5505)**; or

  By Mail:    Send a letter to the following address:

**ATTN: Member Advocate**
**Keystone First**
**Member Appeals Department**
**200 Stevens Drive**
**Philadelphia, PA. 19113**

**Keystone First** will send your request to the Pennsylvania Insurance Department.  The Insurance Department will send you more information about the external review process.

| **Ask for a Fair Hearing** |
| --- |

You may ask for a Fair Hearing from the Department of Human Services.  Your request for a Fair Hearing must be in writing and must be postmarked **within 120 days from the date on this notice.** You can either fill out and sign the "Fair Hearing Request Form" or write a letter.

If you write a letter, it needs to include the following information:

- Your (the Member's) name and date of birth;
- A telephone number where you can be reached during the day;
- Whether you want to have a hearing in person or by telephone; and
- The reason(s) you are asking for a Fair Hearing;
- A copy of this notice;
- A copy of the original denial notice, if available

Send your request for a Fair Hearing to the following address:

**Department of Human Services**
**OMAP-HealthChoices Program**
**Complaint, Grievance and Fair Hearings**
**P.O. Box 2675**
**Harrisburg, Pennsylvania 17105-2675**
**Fax: 1-717-772-6328**

The Department will make a decision within 90 days from when you filed your Grievance with **Keystone First**, not including the number of days between the date on this notice and the date you asked for a Fair Hearing.  The Department will send you a decision in writing.

Coverage by Vista Health Plan, an independent licensee of the Blue Cross and Blue Shield Association.

 

### To ask for an early decision

If your doctor or dentist believes that waiting the usual time frame for deciding a Fair Hearing could harm your health, you may ask that the Fair Hearing take place more quickly. For a decision to be made more quickly:

You can ask for an early decision by calling the Department at 1-800-798-2339 or by faxing a letter or the "Fair Hearing Request Form" to 717-772-6328.

Your doctor or dentist must fax a signed letter to 717-772-6328 explaining why taking the usual amount of time to decide your request for a Fair Hearing could harm your health. If your doctor or dentist does not send a letter, your doctor or dentist must testify at the Fair Hearing to explain why taking the usual amount of time to decide your request for a Fair Hearing could harm your health.

The Department will schedule a telephone hearing and tell you its decision within 3 business days from when it receives your request.

---

### Ask for Information Used to Make This Decision

You or your representative may ask **Keystone First** to see any information **Keystone First** used to decide your Grievance, at no cost to you.

To ask for the information used to decide your Grievance:

- Call **Keystone First** at **1-800-521-6860 (TTY 1-800-684-5505)** or

- Mail or fax a letter requesting the information to the following:

Fax number: **215-937-5367**

Mailing address:
**ATTN: Member Advocate**
**Keystone First**
**Member Appeals Department**
**200 Stevens Drive**
**Philadelphia, PA. 19113**

---

### Help with Your Request for External Review or Fair Hearing

If you need help asking for an external review or for a Fair Hearing, you can call **Keystone First** at **1-800-521-6860 (TTY 1-800-684-5505)**.

Coverage by Vista Health Plan, an independent licensee of the Blue Cross and Blue Shield Association.



To ask for free legal help with your external review or Fair Hearing, you can call:

- Pennsylvania Health Law Project at 1-800-274-3258 (www.phlp.org)
- Pennsylvania Legal Aid Network at 1-800-322-7572 (www.palegalaid.net)

Sincerely,

**Keystone First**

cc:
      **GHANI, MOHAMMAD**

Coverage by Vista Health Plan, an independent licensee of the Blue Cross and Blue Shield Association.